Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                          Case No.: 19−14462−SLM
                                          Chapter:  13
                                          Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rosaura Sierra
   aka Rosaura DeLeon Sierra
   422−424 Third Avenue
   Newark, NJ 07107

Social Security No.:
   xxx−xx−6702

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:               5/8/19
Time:              08:30 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: March 22, 2019
JAN: rh

                                                       Jeanne Naughton
                                                       Clerk, U. S. Bankruptcy Court

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                              Case No. 19-14462-SLM
Rosaura Sierra                                                      Chapter 13
            Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 22, 2019
                              Form ID: 132             Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
db              Rosaura Sierra,   422-424 Third Avenue,   Newark, NJ 07107
518064453      +Bank of America,   100 N. Tryon St.,   Charlotte, NC 28202-4024
518064454      +KML Law Group, P.C.,   216 Haddon Avenue #406,   Collingswood, NJ 08108-2812
518064455     ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   626 COMMERCE DRIVE,   AMHERST NY 14228-2307
               (address filed with court: M&T Bank,   Retail Lockbox Services (62182),
                 Montgomery Park   8th floor,   1800 Washington Blvd.,   Baltimore, MD 21230)
518064456       M&T Bank Legal Document Processing,   PO Box,   Buffalo, NY 14240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 23 2019 01:22:09      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 23 2019 01:22:04      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518132162*     +Bank of America,   100 N. Tryon St.,   Charlotte, NC 28202-4024
518132163*     +KML Law Group, P.C.,   216 Haddon Avenue #406,   Collingswood, NJ 08108-2812
518132164*    ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   626 COMMERCE DRIVE,   AMHERST NY 14228-2307
               (address filed with court: M&T Bank,   Retail Lockbox Services (62182),
                 Montgomery Park   8th floor,   1800 Washington Blvd.,   Baltimore, MD 21230)
518132165*      M&T Bank Legal Document Processing,   PO Box,   Buffalo, NY 14240
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2019 at the address(es) listed below:
              Joseph Chang    on behalf of Debtor Rosaura  Sierra jc@josephchanglaw.com,
               outsourcedparalegal@gmail.com,lr@josephchanglaw.com,jr@josephchanglaw.com,
               kelly@totalbankruptcysolution.com
              Kevin Gordon McDonald    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY ALSO
               KNOWN ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```