UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:
    ROSAURA SIERRA

Order Filed on May 9, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

Case No.:  19-14462

Hearing Date:  05/08/2019

Judge:  STACEY L. MEISEL

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: May 9, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): ROSAURA SIERRA

Case No.: 19-14462SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 05/08/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 5/8/2019 of the plan filed on 03/21/2019, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 05/22/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court
District of New Jersey

In re:  
Rosaura Sierra  
        Debtor

Case No. 19-14462-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: May 09, 2019  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2019.  
db          Rosaura Sierra,   422-424 Third Avenue,   Newark, NJ   07107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2019 at the address(es) listed below:

        Denise E. Carlon   on behalf of Creditor   MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Joseph   Chang   on behalf of Debtor Rosaura   Sierra jc@josephchanglaw.com, lr@josephchanglaw.com, jr@josephchanglaw.com,kelly@totalbankruptcysolution.com;changjr88599@notify.bestcase.com  
        Kevin Gordon McDonald   on behalf of Creditor   MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann   Greenberg   magecf@magtrustee.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                      TOTAL: 5