Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−14462−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rosaura Sierra
   aka Rosaura DeLeon Sierra
   422−424 Third Avenue
   Newark, NJ 07107

Social Security No.:
   xxx−xx−6702

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 3/21/19 and a confirmation hearing on such Plan has been scheduled for 5/8/19 @ 8:30 a.m..

The debtor filed a Modified Plan on 5/20/19 and a confirmation hearing on the Modified Plan is scheduled for 6/12/19 @ 8:30 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 22, 2019
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Rosaura Sierra  
    Debtor

Case No. 19-14462-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 22, 2019  
                        Form ID: 186     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2019.
```
db                Rosaura Sierra,    422-424 Third Avenue,    Newark, NJ    07107
518064453        +Bank of America,    100 N. Tryon St.,    Charlotte, NC 28202-4024
518064454        +KML Law Group, P.C.,    216 Haddon Avenue #406,    Collingswood, NJ 08108-2812
518064455       ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                  (address filed with court:  M&T Bank,    Retail Lockbox Services (62182),
                    Montgomery Park   8th floor,    1800 Washington Blvd.,    Baltimore, MD 21230)
518064456         M&T Bank Legal Document Processing,    PO Box,    Buffalo, NY 14240
518243281         Manufacturers and Traders Trust Company,    c/o Bank of America,    P.O. Box 31785,
                    Tampa, FL 33631-3785
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 23 2019 00:15:01      U.S. Attorney,   970 Broad St.,
                   Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2019 00:14:56      United States Trustee,
                   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
                                                                                              TOTAL: 2

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518132162*       +Bank of America,    100 N. Tryon St.,    Charlotte, NC 28202-4024
518132163*       +KML Law Group, P.C.,    216 Haddon Avenue #406,    Collingswood, NJ 08108-2812
518132164*      ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                  (address filed with court:  M&T Bank,    Retail Lockbox Services (62182),
                    Montgomery Park   8th floor,    1800 Washington Blvd.,    Baltimore, MD 21230)
518132165*        M&T Bank Legal Document Processing,    PO Box,    Buffalo, NY 14240
                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN
               ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph  Chang    on behalf of Debtor Rosaura  Sierra jc@josephchanglaw.com, lr@josephchanglaw.com,
               jr@josephchanglaw.com,kelly@totalbankruptcysolution.com;changjr88599@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY ALSO
               KNOWN ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```