UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Law Offices of Joseph A. Chang
Joseph A. Chang, Esq. (034302002)
951 Madison Avenue
Paterson, NJ, 07501
(T) 973.925.2525 (F) 973.925.9090
Counsel for Debtor

**Order Filed on November 20, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Rosaura Sierra

Case No.:    19-14462

Chapter:    13

Judge:    Stacey L. Meisel

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 20, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____08/20/2019_____ :

Property:     422-424 Third Street Newark, NJ 07107

Creditor:     Bank Of America

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____02/18/2020_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*